IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| (1) BETTE WILLIAMS, an individual, and <br> (2) DENNY WILLIAMS, an individual, <br><br> Plaintiffs, <br><br> v. <br><br> (1) SAFECO INSURANCE COMPANY <br> OF AMERICA, a foreign insurance company <br><br> Defendant. | ) <br> ) <br> ) <br> ) <br> ) <br> ) Case No.: 13-cv-1264-C <br> ) <br> ) <br> ) <br> ) <br> ) |

## STIPULATION OF DISMISSAL WITH PREJUDICE

COME NOW the attorneys of record for all parties and hereby stipulate and agree that the above captioned cause may be dismissed with prejudice to further litigation pertaining to all matters involved herein, and state that a compromise settlement covering all claims has been made between and among the parties, with each party to bear his, her or its own attorney fees and costs.

Said parties hereby request the Court Clerk show this action as dismissed with prejudice pursuant to this stipulation.

-1-

Respectfully submitted,

*/s/ Brandon D. Kemp*
Tony Gould, OBA #18564
George Brown, OBA # 18020
Brandon D. Kemp, OBA # 31611
Brown & Gould, PLLC
136 N.W. 10th Street, Suite 200
Oklahoma City, OK 73103
Telephone: (405) 235-4500
Facsimile: (405) 235-4507
Email: bkemp@browngouldlaw.com
***Attorneys for Plaintiffs***
***Bette Williams and Denny Williams***

*/s/ Barbara K. Buratti*
Tim D. Cain, OBA #11779
Barbara K. Buratti, OBA #12231
WILSON, CAIN & ACQUAVIVA
300 Northwest 13th Street, Suite 100
Oklahoma City, Oklahoma 73103
Telephone: (405) 236-2600
Facsimile: (405) 236-2607
Email:TimC@wcalaw.com
Email: BarbaraB@wcalaw.com
***Attorneys for Defendant***
***Safeco Insurance Company of America***